IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  15-cv-00535-REB-MJW

ALBERTO IBARRA,

    Plaintiff,

v.

MATTHEW BATTY,
DENNIS BUIST,
R.W. JONES TRUCKING COMPANY,

    Defendant.

---

## ORDER GRANTING MOTION FOR TRANSFER OF VENUE

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion for Transfer of Venue** [#13],[1] filed April 28, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Unopposed Motion for Transfer of Venue** [#13], filed April 28, 2015, is granted; and

    2.  That this case is transferred to the United States District Court for the District of Utah.

    Dated April 30, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.